UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21745-CIV-SEITZ/O'SULLIVAN

STEAPHAN WEIR et al.

    Plaintiffs,

v.

SCOTT A. STAGG, et al.

    Defendants.
_____/

### NOTICE OF DISCLOSURE

Defendants hereby make the following disclosure in compliance with the Court's Order Granting Motion to Dismiss entered January 27, 2010. The following outlines the states of citizenship of each member of Stagg Capital Group, LLC and each partner of SV Special Situations Fund, LP:

I.    Stagg Capital Group, LLC - a limited liability company

    A.    Scott Stagg - New York

    B.    Jennifer Stagg - New York

II.    SV Special Situations Fund, LP - a limited partnership

    A.    Stagg Capital Partners, LLC - a limited liability company

        1.    Scott Stagg - New York

        2.    Jennifer Stagg - New York

    B.    Bruce and Isobel Cleland - Maryland

    C.    Laurence Simon - Connecticut

    D.    Mark Danchak - Connecticut

E.	Robin Hoffman - Connecticut

F.	Scott Stagg - New York

G.	William Deutsch - Connecticut

H.	Mayercap, LLC - a limited liability company

  1.	The members and their states of citizenship are unknown.

I.	Freestone Directional Partners, LP - a limited partnership

  1.	The partners and their states of citizenship are unknown.

J.	Freestone Direct. Qual Partnership, LP - a limited partnership

  1.	The partners and their states of citizenship unknown.

K.	Wimbledon Fund, LP - a limited partnership

  1.	The partners and their states of citizenship are unknown.

Respectfully submitted,

MCCABE RABIN, P.A.

/s Adam T. Rabin
Adam T. Rabin (985635)
arabin@mccaberabin.com
Centurion Tower
1601 Forum Place, Ste. 301
West Palm Beach, Florida 33401
Telephone: (561) 659-7878
Facsimile: (561) 242-4848

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on February 9, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s Adam T. Rabin

SERVICE LIST

Steaphan Weir, et al. v. Scott A. Stagg, et al.

CASE NO.: 09-21745-CIV-SEITZ/O'SULLIVAN

United States District Court, Southern District of Florida

MCCABE RABIN, P.A.
Adam T. Rabin (985635)
arabin@mccaberabin.com
1601 Forum Place, Ste. 301
West Palm Beach, Florida 33401
Telephone:  (561) 659-7878
Facsimile:  (561) 242-4848

*Attorneys for Defendants*
*Scott A. Stagg, individually and as a director of Smart SMS Corp., and Stagg Capital Group, LLC, et al., Stagg Capital Group, LLC, SV Special Situations Fund, LLC, SV Special Situations Master Fund, Ltd, Amir Khan, individually and as a director of Smart SMS Corp. and Stagg Capital Group, LLC, et al., Brian Trainor, individually, and Does 1 to 50*

LAW OFFICES OF RICHARD N. FRIEDMAN, ESQUIRE
Richard N. Friedman (93210)
Rnathanfriedman@gmail.com
8925 SW 148th Street, Suite 200
Miami, Florida 33176
Telephone: (305) 666-2747
Facsimile: (305) 666-2748

*Attorneys for Plaintiffs*