UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-21745-CIV-SEITZ/O'SULLIVAN

STEAPHAN WEIR et al.

    Plaintiffs,

v.

SCOTT A. STAGG, et al.

    Defendants.
_____/

### NOTICE OF SELECTION OF MEDIATOR

The parties have agreed on John Freud as mediator and file this Notice in compliance with the Court's Order of Referral to Mediation entered January 29, 2010.

                                          Respectfully submitted,

                                          MCCABE RABIN, P.A.

                                          /s Adam T. Rabin
                                          Adam T. Rabin (985635)
arabin@mccaberabin.com
Centurion Tower
1601 Forum Place, Ste. 301
West Palm Beach, Florida 33401
Telephone: (561) 659-7878
Facsimile: (561) 242-4848

## CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that on February 16, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  /s Adam T. Rabin

SERVICE LIST

Steaphan Weir, et al. v. Scott A. Stagg, et al.

CASE NO.: 09-21745-CIV-SEITZ/O'SULLIVAN

United States District Court, Southern District of Florida

| | |
|---|---|
| MCCABE RABIN, P.A.<br>Adam T. Rabin (985635)<br>arabin@mccaberabin.com<br>1601 Forum Place, Ste. 301<br>West Palm Beach, Florida 33401<br>Telephone:  (561) 659-7878<br>Facsimile:  (561) 242-4848<br><br>*Attorneys for Defendants*<br>*Scott A. Stagg, individually and as a director of Smart SMS Corp., and Stagg Capital Group, LLC, et al., Stagg Capital Group, LLC, SV Special Situations Fund, LLC, SV Special Situations Master Fund, Ltd, Amir Khan, individually and as a director of Smart SMS Corp. and Stagg Capital Group, LLC, et al., Brian Trainor, individually, and Does 1 to 50* | LAW OFFICES OF RICHARD N. FRIEDMAN, ESQUIRE<br>Richard N. Friedman (93210)<br>Rnathanfriedman@gmail.com<br>8925 SW 148th Street, Suite 200<br>Miami, Florida 33176<br>Telephone: (305) 666-2747<br>Facsimile: (305) 666-2748<br><br>*Attorneys for Plaintiffs* |